IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-357 |
| | ) |
| LARNELL JONES, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 9th day of June, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered November 1, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Thursday, June 19, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Soo Song,
    Assistant United States Attorney

    Linda E.J. Cohn,
    Assistant Federal Public Defender

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation