IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-357 |
| | ) | |
| LARNELL JONES | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST LARNELL JONES

AND NOW, this 6th day of Oct, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Larnell Jones (Jones) in one Springfield Armory Model XD, .40 caliber pistol and one Smith and Wesson Model 4006 .40 caliber pistol (the Subject Firearms) are forfeited to the United States for disposition in accordance with federal law pursuant to 18 U.S.C. § 924(d)(1).

2. The United States shall forthwith give notice to any person or entity having or claiming a legal interest in the Subject Firearms and shall forthwith publish a legal notice of the Court's Order of forfeiture. The notice shall state the United States' intent to dispose of the Subject Firearms in such manner as the Attorney General may direct and notice that any person, other than Jones having or claiming a legal interest in the Subject Firearms must file a petition with the United States District Court for the Western District of Pennsylvania at Criminal No. 07-357 within thirty-five (35) days of the publication of notice or of receipt of actual notice, whichever is later.

3. This notice shall state that a petition of any person, other than Jones having or claiming a legal interest in the Subject Firearms shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Subject Firearms shall be signed by the petitioner under penalty of perjury, and shall set forth: (1) the nature and extent of the petitioner's right, title or interest in the Subject Firearms (2) any additional facts supporting the petitioner's claim, and (3) the relief sought.

4. The Court will adjudicate all third-party claims.

_____
UNITED STATES DISTRICT COURT