IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 07-357 |
| LARNELL JONES, | ) |
| Defendant. | ) |

<u>ORDER</u>

AND NOW, this 16th day of October, 2008, IT IS HEREBY ORDERED that the judgment and commitment order, dated October 6, 2008, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 72 months. This period shall consist of 72 months of incarceration at Counts 1 and 2 with both terms running concurrently."

All other terms of the court's sentence shall remain in full force and effect.

BY THE COURT:

s/Gary L. Lancaster____, J.
Gary L. Lancaster,
United States District Judge

cc: All Counsel of Record

United States Marshal

United States Probation

United States Bureau of Prisons