IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-357 |
| | ) |
| LARNELL JONES | ) |

FINAL ORDER OF FORFEITURE

AND NOW, this 20th day of Nov , 2009, it is hereby ORDERED, ADJUDGED and DECREED that:

1. One Springfield Armory Model XD, .40 caliber pistol is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity including, without limitation, Larnell Jones.

2. This Final Order of Forfeiture against Larnell Jones is made part of the criminal judgment against Jones and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

_____
UNITED STATES DISTRICT COURT