IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-357 |
| | ) |
| LARNELL JONES | ) |

## ORDER

AND NOW, this 7th day of Dec, 2009, upon consideration of the United States' Motion to Vacate Final Order of Forfeiture it is hereby ORDERED, ADJUDGED, AND DECREED, that the Final Order of Forfeiture dated November 20, 2009 is vacated with respect to the Springfield Armory Model XD, .40 caliber pistol.

_____
United States District Court